UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAILEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:22-cv-01353-GPC-BLM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>**Action Filed: August 8, 2022**<br>**Trial Date: None**<br><br>*District Judge: Hon. Gonzalo P. Curiel* |

IT IS HEREBY ORDERED that the above-entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

IT IS SO ORDERED.

Dated: June 27, 2023

Hon. Gonzalo P. Curiel
United States District Judge

ORDER ON JOINT STIPULATION FOR DISMISSAL